# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SAMUEL JOSEPH GIZZIE,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>        Defendants. | 2:18-cv-00952-JAD-VCF<br><br>**ORDER** |

Before the court is *Samuel Joseph Gizzie v. Las Vegas Metropolitan Police Department, et al.*, case number 2:18-cv-00952-JAD-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 AM, November 15, 2018, in Courtroom 3D. The hearing will be vacated upon the filing and approval of a proposed discovery plan and scheduling order.

Dated this 29th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE